WILLIAM A. SHEA, Appellant, *v.* PHIL T. CHINN et al., Respondents.

(Argued November 22, 1928; decided December 7, 1928.)

*I. Maurice Wormser, Lawrence B. McKelvey* and *Thomas Jefferson Ryan* for appellant.

*Frank H. Hiscock, A. Hershfield* and *Spencer B. Eddy* for respondents.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.